**IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MARIE JUSTEEN MANCHA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 1:06-CV-2650-TWT |
| IMMIGRATION AND CUSTOMS | ) |
| ENFORCEMENT, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER:   (1) STAYING
DISCOVERY ON THE FTCA CLAIMS; AND (2) STAYING OR LIMITING
DISCOVERY ON THE *BIVENS* CLAIMS**

COMES NOW the United States of America, Defendant in the above-

captioned matter, and respectfully requests the Court to enter a protective order

pursuant to Federal Rule of Civil Procedure 26(c):  (1) staying discovery on

plaintiffs' FTCA claims; and (2) staying or limiting discovery on plaintiffs' *Bivens*

claims.  The reasons for this motion are set forth in the accompanying

memorandum of law.

June 18, 2008                                  Respectfully submitted,

                                               DAVID E. NAHMIAS
                                               UNITED STATES ATTORNEY


                                               /s/ Alonzo H. Long

                                               Alonzo H. Long
                                               ASSISTANT U.S. ATTORNEY
                                               Ga Bar. No. 402502

                                               Lynn D. Thesing
                                               ASSISTANT U.S. ATTORNEY
                                               Ga Bar No. 740110

                                               75 Spring Street, SW
                                               Richard Russell Bldg., Suite 600
                                               Atlanta, Georgia 30303
                                               Tel.:  (404) 581-6000
                                               Fax:  (404) 581-6181


2

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that the documents to which this certificate is attached have been

prepared with one of the font and point selections approved by the Court in LR

5.1B for documents prepared by computer.

<u>s/ Lynn D. Thesing</u>
Lynn D. Thesing
Assistant U.S. Attorney
Ga. Bar No. 740110

## <u>CERTIFICATE OF ELECTRONIC FILING AND SERVICE</u>

I hereby certify that I have, this day, served counsel for the Plaintiffs with the

foregoing documents by electronically filing them with the Clerk of Court by using

the CM/ECF system which will send electronic notification of such filing to the

attorneys of record.

This 18th day of June, 2008.

/s Lynn D. Thesing
Lynn D. Thesing
ASSISTANT U.S. ATTORNEY
