# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MARIE JUSTEEN MANCHA,** et al., | ) ) CIVIL ACTION NO. |
| Plaintiffs, | ) 1:06-CV-2650-TWT |
| | ) |
| v. | ) |
| | ) |
| **IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,** | ) ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26 (c) and 30(d), Plaintiffs respectfully move this court to grant a protective order to limit inquiries by Defendants into any matters which will result an *in terrorem* effect on certain witnesses' ability to participate in the above-captioned lawsuit. Plaintiffs' request is articulated with more detail in the accompanying memorandum of law. Plaintiffs request that the protective order limit inquiry into certain witnesses' immigration status and immigration history. In addition, Plaintiffs request that Defendants be prohibited from taking enforcement action against any individual as a result of information gained through this litigation. Plaintiffs also ask this court to allow these individuals to

participate anonymously or using a fictitious name.  To date, Plaintiffs have identified six such potential witnesses, and have identified them as John Does 1-4 and Jane Doe 1-2 in their Initial Disclosures.  Finally, Plaintiffs request that Defendants limit the oral discovery of certain witnesses to telephonic appearances.

As grounds for the motion, the Plaintiffs state as follows:

1. Certain witnesses are fearful of participation in this lawsuit against Defendants due to their role as the immigration and customs enforcement agency and/or immigration and enforcement agents.

2. Fear of Defendants and their power to investigate, detain and deport unlawfully present individuals creates an environment that results in a chilling effect of certain witnesses' willingness to participate in this lawsuit as witnesses to Defendants wrongdoing.

3. The immigration status witnesses is irrelevant for determining the merits of Plaintiffs claims.

4. Plaintiffs assert that in accordance with Fed. R. Civ. P. 26(c) they have made a good faith attempt to confer with Defendants in an attempt to reach an agreement on this matter, and Defendant's counsel indicated that they plan to oppose this motion.

# PRAYER

The foregoing reasons, coupled with the accompanying memorandum of law and additional supporting evidence, Plaintiffs request that this Court grant plaintiff's motion and issue a protective order pursuant to Fed. R. Civ. P. 26(c) and 30(d) prohibiting defendants' inquiry into certain witnesses' immigration status or immigration history during discovery; prohibiting any enforcement action by Defendants as a result of information gained through this litigation; permitting certain witnesses to proceed anonymously; and limiting oral discovery in this action to telephonic depositions.


Respectfully Submitted, [1]



  s/ Mary C. Bauer
Mary C. Bauer
GA Bar No. 142213
Daniel Werner
*Pro Hac Vice,* NY SBRA 3969839
Mónica Ramírez
*Pro Hac Vice*, FL Bar No. 0711861
IMMIGRANT JUSTICE PROJECT
SOUTHERN POVERTY LAW CENTER

---

[1] Pursuant to L.R. 7.1D, the undersigned certifies that this pleading complies with the font and point selections permitted by L.R. 5.1B. This Motion was prepared using the Times New Roman 14 point typeface.

Southern Poverty Law Center
233 Peachtree Street, Suite 2150
Atlanta, GA 30303
Phone: 404-521-6700
Fax: 404-221-5849

Kelley M. Bruner
*Pro Hac Vice*, AL Bar No. 8115-K74B
Rhonda Brownstein
*Pro Hac Vice*, AL Bar No. 3193-064R
Morris Dees
*Pro Hac Vice*, AL Bar No. 7003-E50M
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue

Paul L. Hoffman
*Pro Hac Vice*, CA Bar No. 071244
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, California 90291
(310) 396-0731
(310) 399-7040 (fax)

Brian Spears
**GA Bar No. 670112**
LAW OFFICE OF BRIAN SPEARS
1126 Ponce de Leon Avenue, NE
Atlanta, Georgia 30306
(404) 872-7086
(404) 892-1128 (fax)
ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2008, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF System.

Dated: November 12, 2008

**s/ Mary Bauer, Esq.**_____