# Exhibit One

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARIE JUSTEEN MANCHA, through her Next Friend Maria Christina Martinez, MARIA CHRISTINA MARTINEZ, RANULFO PEREZ, MARIA MARGARITA MORALES, GLADIS ALICIA ESPITIA, individually and on behalf of all others similarly situated, and DAVID ROBINSON, | ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:06-CV-2650 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, MICHAEL CHERTOFF, JULIE L. MYERS, MARCY FORMAN, KENNETH A. SMITH, GREGORY L. WIEST, JOHN P. TORRES, JOHN MATA, and JOHN DOES 1-30, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF RANULFO PEREZ**

I, **Ranulfo Perez**, hereby depose and state as follows:

1. I am a citizen of the United States and a resident of Twin City, Georgia.  I am a

plaintiff in this lawsuit against the Defendants, Immigration and Customs

Enforcement, et al. I have personal knowledge of the facts of this declaration. At the time of the incident on my property with the Defendants, I was living in Adrian, Emanuel County, Georgia.

2. I live with my mother and my 5 brothers and sisters. I make my living as a supervisor for a landscaping company.

3. On September 5, 2006, I was standing next to my truck which was parked in front of my house in Adrian, Georgia. All of a sudden, about six to eight vehicles drove into my yard and parked in a way that blocked off the only access to my property. About fifteen uniformed men got out of the cars. When they got out, they immediately pulled out their guns. Some walked up to me, while others surrounded my house.

4. I thought they were from immigration, so I told them right away that I had "papers." Without even asking for my name, one of the men grabbed me by the front of my shirt, threw me against my truck, and pushed his gun into my side. He twisted my arm around and held me down so that I couldn't move. The uniformed man told me not to move; he held me like that for at least ten minutes.

5. One of the uniformed men grabbed my cousin who was standing near me. They were twisting his arm so he couldn't move.

6. The man that was holding me down told some of the other uniformed men to go into my house. I did not give them permission to do so. About three of the uniformed men went inside and searched around. About nine other uniformed men searched around outside of my house.

7. I kept telling the man holding me that I had "papers," but he never answered. He just kept holding me down. He also asked me if I knew any other "Mexicans." After

about 10 minutes, he asked me if I had any weapons on me. I told him I didn't and let him pat me down. It wasn't until then that the man asked me to show him my "papers." I reached into my pocket and pulled out my driver's license and social security card, and gave them to him. The man finally let go of my arm and went to his car. A minute or two later, he returned with my driver's license and social security card.

8. The uniformed man told me that they were all with "immigration" and had been sent by the federal government. He also told me that immigration would be in the area for another two weeks and suggested that I take my family and go somewhere else during that time period so that we could avoid future incidents.

9. After about thirty to forty minutes, the agents finally left my property.

10. At no time did the agents produce a warrant explaining why they were there or authorizing them to search my property.

11. This was the first time immigration agents had ever come to my home or asked me to prove my citizenship.

12. I do not want this to happen to me again or to anyone in my community. I know it is happening to other people of Mexican or Hispanic descent.

13. I am willing to serve as a class representative for all members of the class in this case against the Defendants.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of February 2007.

Ranulfo Perez