# Exhibit Two

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARIE JUSTEEN MANCHA, )
through her Next Friend Maria )
Christina Martinez, MARIA )
CHRISTINA MARTINEZ, ) CASE NO. 1:06-CV-2650
RANULFO PEREZ, MARIA )
MARGARITA MORALES, )
GLADIS ALICIA ESPITIA, )
individually and on behalf of all )
others similarly situated, and )
DAVID ROBINSON, )
 )
           Plaintiffs, )
 )
v. )
 )
IMMIGRATION AND CUSTOMS )
ENFORCEMENT, MICHAEL )
CHERTOFF, JULIE L. MYERS, )
MARCY FORMAN, KENNETH A. )
SMITH, GREGORY L. WIEST, )
JOHN P. TORRES, JOHN MATA, )
and JOHN DOES 1-30, )
 )
           Defendants. )

**DECLARATION OF MARIE JUSTEEN MANCHA**

I, **Marie Justeen Mancha**, hereby depose and state as follows:

1. I am a citizen of the United States and a resident of Reidsville, Tattnall County, Georgia. I am a plaintiff in this lawsuit against the Defendants, Immigration and Customs Enforcement, et. al. I have personal knowledge of the facts of this declaration.

1

2. I am currently in the tenth grade at Tattnall County High School. I live with my mom and my brothers and sisters. I am the oldest of three kids – one boy and two girls.

3. One morning in early September, I was home alone, getting ready for school. I was running late, so I was waiting for my mom to give me a ride.

4. I heard car doors slamming outside of our home. I thought it was my mom, coming back home after running an errand. So, I went to the front door, unlocked the door, left it closed, and went back to my bedroom.

5. Pretty soon after, I heard male voices coming from inside the house. I left my bedroom, and, while I was walking down the hallway towards the living room, I heard people yelling, "Police! Illegals!" When I got to the living room, I saw a group of law enforcement agents standing in the living room and blocking the front door. One of them had his hand on his gun, like he was ready to pull it out.

6. I looked around and saw about five other agents on the stairs leading up to our front door. There were more people outside in the yard.

7. I was pretty scared at that point. I was home by myself and surrounded by a group of large men. There were a bunch of strangers both inside and outside my house and they had guns.

8. Three of the agents kept asking me questions, like whether there were other people in the house, whether my mom had worked for Crider Poultry, and the reason my mom had quit. They asked whether my mom was a "Mexican," and whether she had her "papers" or a green card. I told them that my mom was born in Florida and so she didn't need a green card.

2

9. After all of these questions, I finally got up the nerve to ask them why they were in my house. The first agent told me that they were looking for "illegals."

10. At that point, one of the agents told the others that they should all go to the gas station because they were sure to find a lot of "Mexicans" over there. I asked them if they were leaving and one of them answered that they were still going to be in the area "looking for the rest of them."

11. The agents were in my house for more than five minutes before they finally left.

12. My mom drove up as the agents were leaving the house and getting into their cars. I ran to my mom and I started crying.

13. None of the agents that came to the house ever showed me a warrant. They never explained to me why they had targeted our house or why they entered without permission. I believe that the only reason that they entered our home is because they thought we were Mexicans. There simply were no other reasons I can think of that would have caused them to break into our home in that way.

14. I am scared that this might happen again.

15. I understand that this case is filed as a class action. I am prepared to serve as a class representative in this case on behalf of other class members. In doing so, I will seek to protect the interests of other class members to ensure that this does not happen to other people of Mexican and Hispanic descent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of February 2007.

*Marie Justeen Mancha*
Marie Justeen Mancha

4