# Exhibit Three

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARIE JUSTEEN MANCHA,<br>through her Next Friend Maria<br>Christina Martinez, MARIA<br>CHRISTINA MARTINEZ,<br>RANULFO PEREZ, MARIA<br>MARGARITA MORALES,<br>GLADIS ALICIA ESPITIA,<br>individually and on behalf of all<br>others similarly situated, and<br>DAVID ROBINSON,<br><br>                    Plaintiffs,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS<br>ENFORCEMENT, MICHAEL<br>CHERTOFF, JULIE L. MYERS,<br>MARCY FORMAN, KENNETH A.<br>SMITH, GREGORY L. WIEST,<br>JOHN P. TORRES, JOHN MATA,<br>and JOHN DOES 1-30,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:06-CV-2650 |

## DECLARATION OF REFUGIO GUDINO

I, Refugio Gudino, hereby depose and state as follows:

1.  I am a legal permanent resident living in Stillmore, Georgia.  I had an interaction with some of the Defendants ICE agents in this case on Sunday, September, 3rd 2006.  I was going to the trailer park located on the corner of 46 and 57 near interstate 16. The park is inhabited mostly by Latinos.  Many of the residents of the trailer park

1

speak only Spanish and some speak indigenous languages from Guatemala and Mexico. There are several trailers in the trailer park area. The trailer park is owned by Mr. David Robinson.

2. As my wife and my children and I drove into the trailer park on the morning of September 3rd, 2006 we saw several women standing outside of their trailers crying. I stopped my truck to talk to one of the women who was crying and she told me that ICE agents had just raided the trailer park and taken her husband away. Suddenly, as I was talking to the woman, an unmarked car with tinted windows pulled into the trailer park very fast and parked in front of me, blocking my way. I was unable to leave in my truck because I was blocked into the entrance to the trailer park. Four Defendant ICE agents got out of the car. They were dressed in black uniforms with the words "police" and "ICE" printed in big letters. As they got out of the car they immediately put their hands on their guns at their belts as if they were going to pull them out at any moment. As far as I know, the Defendants had no basis for stopping me other than the fact that I am Latino.

3. The Defendants ICE agents surrounded my truck, so that two of them were on each side of my car. The Defendant closest to the driver's side window said, "Shut off the truck" in English. After I turned the truck off, he angrily asked me if I had papers. He did not tell me who he was or who he represented. I told him that I was a legal permanent resident and he told me to show him my papers. I gave him my green card identification and he passed it to the Defendant ICE agent standing next to him who began to verify my identification.

4.  As the one Defendant was verifying my identification, the other Defendant with whom I had spoken began to ask me what I was doing at the trailer park.  I told him that I was visiting my sister, and he asked me if my sister had papers.

5.  The entire time the Defendants ICE agents by my driver side door were questioning me and verifying my identification, the other two Defendants standing on the other side of my truck kept their hands on their guns holstered at their waist.

6.  After about ten minutes the Defendant returned my identification to me.  The Defendants, ICE agents returned to their car and drove away quickly.  Approximately fifteen minutes passed from the time the Defendants ICE agents stopped me until they left.

7.  My son who was in the car with me was extremely frightened by the whole experience and was traumatized.  My son was eight and a half years old at the time of the incident.  For a while after the incident, he was afraid of sharp corners in the road and of other quick movements.  Since this incident my son is afraid of the police.  Whenever he sees them drive by he will hide behind something and if he is in the car he will hide under the seats.  After the incident, I went to see a natural health specialist about my son's reactions to the incident at the trailer park on September 3rd, 2006.

8.  The incident left me feeling very nervous and depressed.  I am worried that the Defendants could stop me again in my truck or that they could come back to my community and look for me and my family again, just for being Latinos.

9.  I have talked with many other Latinos in my community, people who are legal residents and people who are undocumented, who had similar experiences to mine

with the Defendant ICE agents.  Some of these people were witnesses to the raids in the Stillmore area in September 2006.  Many of these people are afraid to come forward and testify about what they saw for fear that they will be retaliated against by the Defendants.  I think it is important for the court to hear my testimony and for this reason I have provided this affidavit. I believe that other witnesses would be willing to tell their stories if they had an assurance from the court that they would be protected.

I declare under penalty of perjury that the foregoing is true and correct to the best of my memory.

Executed this _____ day of April, 2007.

_____
Refugio Gudino

4

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARIE JUSTEEN MANCHA, through her Next Friend Maria Christina Martinez, MARIA CHRISTINA MARTINEZ, RANULFO PEREZ, MARIA MARGARITA MORALES, GLADIS ALICIA ESPITIA, individually and on behalf of all others similarly situated, and DAVID ROBINSON, | ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:06-CV-2650 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, MICHAEL CHERTOFF, JULIE L. MYERS, MARCY FORMAN, KENNETH A. SMITH, GREGORY L. WIEST, JOHN P. TORRES, JOHN MATA, and JOHN DOES 1-30, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DECLARACIÓN DE REFUGIO GUDINO**

I, Refugio Gudino, depongo y digo lo siguiente:

1.  Yo soy residente permanente viviendo en Stillmore, Georgia.  Yo tuve una interacción

con los Acusados agentes de ICE en este caso el domingo, el 3 de septiembre del 2006.

Yo iba al parqueador de trailers ubicado en la esquina del 46 y 57 cerca de la carretera

16. Mayormente Latinos viven en el parqueador.  Muchos de los residentes del

1

parqueador de trailers solo hablan español y algunos hablan idiomas indígenas de Guatemala y México. Hay varios trailers in el área del parqueador. El dueño del parqueador es Señor David Robinson.

2. Cuando mi esposa y mis hijos y yo llegamos al parqueador de trailers en la mañana el día 3 de septiembre, 2006, vimos a varios mujeres llorando, paradas afuera de sus trailers. Yo paré mi troca para hablar con una de las mujeres llorando y ella me dijo que los agentes de ICE se acaban de hacer redada en el parqueador de trailers y habían llevado a su esposo. De repente, mientras hablaba con la señora, un carro particular con vidrios oscuros metió rápido al parqueador de trailers y bloqueó mi camino con su carro. No podía salir en me troca porque estaba bloqueado en la entrada del parqueador de trailers. Cuatro Acusados agentes de ICE bajaron del carro. Estaban vestidos en uniformes negros con las palabras "police" y "ICE" escritas en letras grandes. Cuando bajaron del carro, ellos inmediatamente pusieron las manos encima de las pistolas en las cinturas como si las iban a sacar en cualquier momento. Hasta que sepa yo, los Acusados no tenia otra razón de pararme con la excepción de que soy Latino.

3. Los Acusados agentes de ICE se encerraron alrededor de me troca para que eran dos agentes en cada lado. El Acusado mas cerca a la ventana mía me dijo, "Shut off the truck" en Ingles. Después de apagar la troca, el me pregunto bravamente si yo tuviera papeles. El no me dijo quien era ni de que representó. Yo le dije que era residente permanente y el me dijo que le mostrara mis papeles. Yo le di mi tarjeta verde identificación y el lo dio al otro Acusado agente de ICE parado cerca de el y el empezó de verificar mi identificación.

2

4. Mientras que el Acusado estaba verificando mi identificación, el otro Acusado con quien había hablado, me empezó de preguntar que fue lo que yo estaba haciendo en el parqueador de trailers. Yo le dije que estaba visitando a mi hermana, y el me preguntó si mi hermana tenia papeles.

5. Todo el tiempo que los Acusados agentes de ICE cerca de mi lado de la troca me estaban preguntando y verificando mi identificación, los otros dos Acusados parados en el otro lado de la troca se quedaron con las manos encima de las pistolas puestas en las cinturas.

6. Después de aproximadamente diez minutos, los Acusados regresaron mi identificación a mi. Los Acusados agentes de ICE regresaron a su carro y se fueron rápido. Desde el tiempo en cuando los Acusados agentes de ICE me pararon y cuando se fueron, pasó aproximadamente quince minutos.

7. Mi hijo quien estaba en el carro se asustó por la experiencia y por el trauma causado. Mi hijo tenía ocho años y medio en el tiempo del incidente. Por un tiempo después del incidente, mi hijo se asusto de las curvas angulosas en la carretera y otros movimientos rapidos. Desde el incidente mi hijo tiene miedo de la policía. Cuando las ve pasar en la calle, el se esconde atrás de algo y cuando este en el carro, se esconde bajo los asientos. Depuse del incidente fui a ver una naturalista sobre los reacciones mi hijo tenia por el incidente en el parqueador de trailers el 3 de septiembre, 2006.

8. El incidente me dejo sentir muy nervioso y muy triste. Estoy preocupado que los Acusados me pueden parar otra vez en mi troca o que me vienen a buscar a mi o a mi familia en mi comunidad otra vez, solo por ser Latinos.

9. Yo he hablado con varios otros Latinos en mi comunidad, gente quien es residente legal y gente quien esta aquí sin documentos, quienes has tenido experiencias aparecidas a la mía

con los Acusados.  Algunos de esas personas son testigos a las redadas en el área de Stillmore en Septiembre del 2006.  Muchas de estas personas tienen miedo de adelantarse para testificar sobre lo que vieron por el miedo que los Acusados tomará represalias contra ellos.  Yo creo que sea importante que la corte oye mi testimonio y por eso yo he proveído este testimonio escrito.  Yo creo que los otros testigos estarían más cómodos contar sus historias si tuviera una garantía de la corte que serían protegidos.

Yo juro bajo pena de perjurio que lo establecido es verdad y correcto en lo mejor de mi memoria.

Firmado el 𝟥𝟦 día de abril del 2007.

*Refugio Gudino*

Refugio Gudino

4

**Translator's Affidavit**

I certify that I am fluent in Spanish and English. I certify that I have reviewed the Spanish and English versions of the attached document, and that the English is a true and accurate translation of the Spanish.

Translator: Gabriela Maxcy

The foregoing instrument was acknowledged before me this _____

day of _November 12_ , 20 _08_ by _Gabriela Maxcy_ .

Notary Public

My Commission Expires: _Sept. 8, 2012_ .