# Exhibit Four

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARIE JUSTEEN MANCHA, through her Next Friend Maria Christina Martinez, MARIA CHRISTINA MARTINEZ, RANULFO PEREZ, MARIA MARGARITA MORALES, GLADIS ALICIA ESPITIA, individually and on behalf of all others similarly situated, and DAVID ROBINSON,<br><br>Plaintiffs,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT, MICHAEL CHERTOFF, JULIE L. MYERS, MARCY FORMAN, KENNETH A. SMITH, GREGORY L. WIEST, JOHN P. TORRES, JOHN MATA, and JOHN DOES 1-30,<br><br>Defendants. | CASE NO. 1:06-CV-2650 |

**DECLARATION OF M.**

I, M., hereby depose and state the following:

1. I am putting forth this affidavit out of great concern for my community because of what I witnessed on Sunday, September 3, 2006 in a trailer park in Stillmore, Georgia. I have agreed to sign this affidavit anonymously because I fear retaliation from immigration, ICE, who are some of the Defendants in this lawsuit. I would not

1

be comfortable signing this document if I had to provide identifying information that would identify and locate me.

2. The trailer park is located on the corner of 46 and 57 near interstate 16. It is inhabited mostly by Latinos. Many of the residents of the trailer park speak only Spanish and some only speak indigenous languages from Guatemala and Mexico. There are several trailers in the park area. The trailer park is owned by Mr. David Robinson.

3. On Sunday morning, September 3, 2006, I saw numerous Defendants ICE agents enter the trailer park. They entered in different unidentified vehicles. Some of the vehicles had tinted windows.

4. I saw a small car pull into the trailer park with loud music. The small car pulled up to a trailer near where I had stopped. There were four vehicles but more were arriving as time passed. Eventually there were around seven vehicles in the trailer park. One of the private cars spun a fast turn and parked in front of the small car, blocking it there. Immediately one of the Defendant ICE agents exited the unmarked car and walked quickly with a pistol in his hand. The Defendant ICE agent was wearing a uniform but I do not remember what the letters said. The Defendant pointed the pistol at the window of the small car and said in English, "Get out of the car and get in this car," I understand a little English.

5. A Latino man got out of the small car and the Defendant pushed him into his unmarked car with his hands. The Defendant continued to point his gun at the Latino man until he was in the Defendant's unmarked car. The Latino man's face looked very afraid. The Defendant ICE agent never asked the Latino man's name, where he

lived, or for his identification or other documents. After putting the man in the car, I heard the Defendant ICE agent ask him angrily where more Hispanics were living.

6. As I saw this happen, I heard a noise behind me and turned around to see other Defendants ICE agents knocking very hard on the door of a trailer a few times. No one answered and after only a few seconds, the Defendants started to kick the door until it opened. When the door opened, the Defendants entered the trailer without asking for permission. About three or four Defendants ICE agents entered the trailer and brought three Latina women out of the trailer very quickly. They pushed them outside with their hands. I did not hear the Defendants ask the women anything.

7. I saw some women weeping whose husbands had been taken away by the Defendants. After hearing the Defendant ICE agent ask the Latino man from the small car where more Hispanics were, and after seeing the Defendants going door to door, me and my family – as Hispanics – felt very unsafe. I was very terrified. I felt that I could not move from the fear. My family and I quickly left the trailer park after seeing what had happened. When we left, we saw more unmarked cars entering the trailer park.

8. For a few months after the incident in the trailer park on September 3, 2006, I was unable to sleep. I have had head aches from the stress of what I saw that day in the trailer park. I still have nightmares from what I saw that day. I feel that the incidents have caused me irreparable harm and that my nightmares will bother me until the last days of my life. Due to my fear, my son also has nightmares about immigration.

9. I am very concerned about coming forward with this affidavit. My family and I were traumatized by what we saw this day, September 3, 2006. I am afraid that the Defendants ICE agents will return and terrorize my family and my community again.

3

While I believe that it is important to testify about what I saw, I am worried that my family and I could be targeted by the Defendants for telling my story in this form. Because of this fear, I have signed this affidavit with my initial to indicate my name. I am afraid of retaliation from the Defendants and I do not feel comfortable participating in this case without a guarantee that I will not be targeted.

10. I and other members of my community are worried about deportation. I have spoken with them and I know they do not feel safe talking about what happened in their encounters with the Defendants ICE agents without some protection from the court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my memory.

Executed this _____ day of April, 2007.

_____

M.

4

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARIE JUSTEEN MANCHA, through her Next Friend Maria Christina Martinez, MARIA CHRISTINA MARTINEZ, RANULFO PEREZ, MARIA MARGARITA MORALES, GLADIS ALICIA ESPITIA, individually and on behalf of all others similarly situated, and DAVID ROBINSON, <br><br>Plaintiffs, <br><br>v. <br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT, MICHAEL CHERTOFF, JULIE L. MYERS, MARCY FORMAN, KENNETH A. SMITH, GREGORY L. WIEST, JOHN P. TORRES, JOHN MATA, and JOHN DOES 1-30, <br><br>Defendants. | CASE NO. 1:06-CV-2650 |

### DECLARACIÓN DE M.

Yo, M., depongo y digo lo siguiente:

1. Yo expongo este testimonio con una preocupación grande por mi comunidad por lo que yo vi el día domingo, el 3 de septiembre del 2006 en un parqueador de trailers en

1

Stillmore, Georgia. Yo estoy de acuerdo de firmar este documento como anónimo porque tengo miedo por represalias de la migra, ICE quienes son uno de los Acusados en esta demanda. No estaría cómodo firmar este testimonio si yo tuviera que proveer información que me identifica y me ubica.

2. El parqueador de trailers esta en la esquina del 46 y 57 cerca del la carretera 16. Son mayormente latinos que viven allí. La mayoría de los residentes del parqueador de trailers hablan solamente español y algunos solo hablan idiomas indígenas de Guatemala y México. Hay muchos trailers en el parqueador. El dueño del parqueador de trailers es Señor David Robinson.

3. El día domingo por la mañana, el 3 de septiembre del 2006, yo vi a muchos Acusados agentes de ICE entrar el parqueador del trailers. Entraron en vehículos particulares que no estaban identificados. Unos de los vehículos tenían ventanas oscuras.

4. Yo vi a un carro pequeño entrar en el parqueador con la música levada. El carro pequeño parqueó cerca de un trailer, cerca de donde yo estaba parrado. Habían cuatro vehículos pero iban llegando más con tiempo. Al fin eran alrededor de siete vehículos ubicado en el parqueador de trailers. Un carro particular dio una vuelta rápido y parqueó enfrente de este carro pequeño, bloqueándolo allí. Inmediatamente salió uno de los Acusados agentes de ICE de este carro particular y camino rápido con la pistola en mano. El señor Acusado agente de ICE tenía un uniforme pero no recuerdo las letras que traía. El Acusado apuntó la pistola al vidrio del carro pequeño y en ingles dijo, "Get out of the car and get in this car." Yo entiendo un poco de ingles.

5. El muchacho Latino salió del carro pequeño y el Acusado agente de ICE lo subió al carro particular de el, empujando el muchacho con los manos. Hasta que el muchacho Latino

2

entró en el carro, el agente de ICE tenía la pistola apuntado a el. La cara del muchacho la vi con mucho miedo. El Acusado agente de ICE nunca pidió su nombre del muchacho Latino, ni donde vivía, ni si tenía un identificación u otros documentos. Después de meter el muchacho en el carro, yo escuche al Acusado agente de ICE pregunta bravamente al muchacho a donde vivía más hispanos.

6. Mientras yo miraba esta situación, yo escuché otro sonido atrás de mi y di vuelta para ver otros Acusados agentes de ICE tocando una puerta muy fuerte algunos veces. Nadie contestó y sin esperar ni un minuto los Acusados empezaron de patear a la puerta hasta que se abrió. Cuando la puerta abrió, los Acusados entraron en el trailer sin pedir permiso. Alrededor de tres o cuatro de los Acusados agentes de ICE se metieron en el trailer y sacaron a tres mujeres Latinas muy rápido. Las empujaron afuera con sus manos. Yo no oía que los Acusados les preguntaron nada a ellas.

7. Yo vi a algunas mujeres llorando quienes esposos fueron llevados por los Acusados estaban llorando. Después de oír el Acusado preguntar por más hispanos del muchacho Latino del carro pequeño, y después de ver que los Acusados estaban pasando puerta a puerta, yo y mi familia - como hispanos - sentimos muy inseguros. Me sentí con muchísimo temor. Me sentí que no podía moverme por el miedo. Mi familia y yo salimos rápido del parqueador de trailers después de ver lo que estaba pasando. Cuando salimos, vimos mas carros particulares entrando en el parqueador de trailers.

8. Por unos meses después del incidente en el parqueador de trailers el 3 de septiembre, 2006, yo no podía dormir. Yo he tenido dolores de cabeza del estrés do lo que vi ese día en el parqueador de trailers. Yo todavía tengo pesadillas por lo que vi. Siento que me han hecho un daño irreparable y que estas pesadillas me van a molestar hasta los últimos

3

días de mi vida. Por el temor que tengo yo, hasta mi hijo tiene pesadillas en la noche sobre la migra.

9. Yo estoy preocupado para adelantarme con este testimonio. Mi familia y yo fueron traumatizados por lo que vimos este día 3 de septiembre del 2006. Yo tengo miedo que los Acusados agentes de ICE regresaran y aterrorizarán a mi familia y a mi comunidad otra vez. Mientras creo que sea importante testificar sobre lo que vi, estoy preocupado que mi familia y yo puede ser buscado por los Acusados por haber contado mi historia en esta forma. Por este mismo miedo, yo he firmado este testimonio con mi inicial para indicar mi nombre. Tengo miedo por las represalias de parte de los Acusados y no me sentiría cómodo participar en este caso sin garantía que no me hacen blanco.

10. Yo y otros miembros de mi comunidad nos preocupamos deportación. Yo he hablado con ellos y yo se que no se sienten seguros hablar de sus historias de sus encuentros con los Acusados agentes de ICE sin algo de protección de la corte.

11. Yo juro bajo pena de perjurio que lo establecido es verdad y correcto en lo mejor de mi memoria.

Firmado este 23 día de abril del año 2007.

X _____

M.

4

## Translator's Affidavit

I certify that I am fluent in Spanish and English. I certify that I have reviewed the Spanish and English versions of the attached document, and that the English is a true and accurate translation of the Spanish.

_____
Translator: Gabriela Maxcy

The foregoing instrument was acknowledged before me this _____ day of _November 12_, 20_08_ by _Gabriela Maxcy_.

_____
Notary Public

My Commission Expires: _September 8, 2012_.