# Exhibit Five

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARIE JUSTEEN MANCHA, through her Next Friend Maria Christina Martinez, MARIA CHRISTINA MARTINEZ, RANULFO PEREZ, MARIA MARGARITA MORALES, GLADIS ALICIA ESPITIA, individually and on behalf of all others similarly situated, and DAVID ROBINSON,<br><br>    Plaintiffs,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT, MICHAEL CHERTOFF, JULIE L. MYERS, MARCY FORMAN, KENNETH A. SMITH, GREGORY L. WIEST, JOHN P. TORRES, JOHN MATA, and JOHN DOES 1-30,<br><br>    Defendants. | CASE NO. 1:06-CV-2650 |

**DECLARATION OF D.**

I, D., hereby depose and state the following:

1. I am putting forth this affidavit with great concern for my family because of what I witnessed on Sunday, September 3, 2006 in a trailer park in Stillmore, Georgia. I have agreed to sign this affidavit anonymously because I fear retaliation from

immigration, ICE, who is one of the Defendants in this lawsuit. I would not be comfortable signing this document if I had to provide identifying information that would identify and locate me.

2. The trailer park is located on the corner of 46 and 57 near interstate 16. During the immigration raid on Sunday, September 3, 2006 we were living in this trailer park. It is inhabited mostly by Latinos. There are many trailers in the park area. The trailer park is owned by Mr. David Robinson.

3. On Sunday morning around 9am, September 3, 2006, I was in my trailer with my family. I heard a loud sound of a car door opening and looked out the window to see what was happening.

4. I saw a small car in front of my trailer. I saw a person pointing a gun at the window of the small car. The person holding the gun was dressed in civil clothes. My son, who is 10 years old, also saw the agent with the gun and started to yell in fear. After seeing this first person with the gun, I saw other people who I did not recognized running around the trailer park. These people had guns holstered around their legs and black vests on. From my window I saw around 40 of these people in the trailer park.

5. When I saw this person with the gun, I made sure that the door to my trailer was locked. I got scared when I saw this person with a gun in his hand and went with my family to hide in a room of my trailer. My wife was eight months pregnant at the time and I was concerned for her because of her condition. I saw that she was afraid as well.

6. For a few hours that morning these people were knocking on the walls, doors, and windows of my trailer. They knocked very hard on the trailer. While they were knocking they were yelling at us in Spanish. They said that they were the police and told us to come out of the trailer. After some time, they said they were immigration and it was at this moment that I realized it was the Defendant ICE agents who were knocking on the trailer.

7. One of the Defendant ICE agents knocked on the window so hard that s/he broke it. I could see that the agent was knocking on the window with the butt of the gun s/he was holding in his/her hand.

8. A couple minutes later one of the Defendant ICE agents opened another window in the same room and put his head through it. First I saw a gun in a hand come through the window and then the agent's head followed.

9. I am concerned about coming forward with this affidavit. My family and I were traumatized by what we saw this day, September 3, 2006. I am afraid that the Defendants ICE agents will return to terrorize my family. While I believe that it is important to tell the truth about what I saw, I am worried that the Defendants will come after my family and me for having told what I saw during the raid in September. Because of this fear, I have signed this affidavit with my initial to indicate my name. I would not feel comfortable participating in this case without a guarantee that I will not be targeted by the Defendants.

I declare under penalty of perjury that the foregoing is true and correct to the best of my memory.

Executed this _____ day of April, 2007.

_____

D.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARIE JUSTEEN MANCHA, through her Next Friend Maria Christina Martinez, MARIA CHRISTINA MARTINEZ, RANULFO PEREZ, MARIA MARGARITA MORALES, GLADIS ALICIA ESPITIA, individually and on behalf of all others similarly situated, and DAVID ROBINSON,<br><br>Plaintiffs,<br><br>v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT, MICHAEL CHERTOFF, JULIE L. MYERS, MARCY FORMAN, KENNETH A. SMITH, GREGORY L. WIEST, JOHN P. TORRES, JOHN MATA, and JOHN DOES 1-30,<br><br>Defendants. | CASE NO. 1:06-CV-2650 |

### **DECLARACIÓN DE D.**

Yo, D., depongo y digo lo siguiente:

1. Yo expongo este testimonio con una preocupación grande por mi familia por lo que yo vi el día domingo, el 3 de septiembre del 2006 en un parqueadero de trailers en Stillmore,

1

Georgia. Yo estoy de acuerdo de firmar este documento como anónimo porque tengo miedo por represalias de la migra, ICE, quienes son uno de los Acusados en esta demanda. No estaría cómodo firmar este testimonio si yo tuviera que proveer información que me identifica y me ubica.

2. El parqueadero de trailers esta en la esquina del 46 y 57 cerca del la carretera 16. Durante la redada de la migra el día domingo, 3 de septiembre, 2006 viviamos en este parqueadero de trailers. Mayormente latinos vivían allí. Hay muchos trailers en el parqueadero. El dueño del parqueadero de trailers es Señor David Robinson.

3. El día domingo por la mañana alrededor de las 9, el 3 de septiembre del 2006, yo estaba en mi trailer con mi familia. Yo escuché el sonido alto de una puerta de un carro abriendo y fui por la ventana para ver que estaba pasando.

4. Yo vi a un carro pequeño enfrente de mi trailer. Yo vi a una persona con una pistola apuntada a la puerta a este carro pequeño. La persona era vestido en ropa civil. Mi hijo de diez años vio el agente con la pistola también y empezó de gritar por el asusto. Después de ver esa primera persona con la pistola, yo vi a otras personas desconocidas corriendo en el parqueadero. Esas personas traían pistolas situados a sus piernas y chalecos negros. Yo vi de la ventana que habían alrededor de 40 de esas personas en el parqueadero de trailers.

5. Cuando yo vi a la persona con la pistola, yo averigüé que la puerta de mi trailer estaba cerrada con seguro. Me asuste a ver la pistola en la mano de la persona y fui con mi familia a esconder en un cuarto del trailer. En ese tiempo mi esposa estaba embarazada con ocho meses y yo estaba preocupada por ella por estar en esa condición. Yo vi que ella se había asustada también.

2

6. Durante unas horas durante esa mañana, las personas estaban tocando a las paredes, las puertas, y a las ventanas de mi trailer desde afuera. Ellos tocaron al trailer muy fuerte. Durante el tiempo cuando estaban tocando, nos estaban gritando en español. Dijeron que eran policía y que nos saliera del trailer. Después de un tiempo, dijeron que eran de inmigración y en ese momento mi de cuenta que eran los Acusados agentes de ICE que estaban tocando al trailer.

7. Uno de los Acusados agentes de ICE tocó a la ventana tan fuerte que la quebró. Yo vi que el agente tocaba la ventana con la culata de la pistola que tenia en la mano.

8. Unos minutos después, uno de los Acusados agentes de ICE, subió a una de las otras ventanas en el mismo cuarto y se metió la cabeza para adentro. Primero yo vi que la pistola entro con la mano y después siguió la cabeza del agente.

9. Yo estoy preocupado para adelantarme con este testimonio. Mi familia y yo fuimos traumatizados por lo que vimos este día 3 de septiembre del 2006. Yo me preocupo que los Acusados agentes de ICE regresaran a aterrorizar a mi familia. Mientras creo que sea importante contar la verdad de lo que vi, estoy preocupado que mi familia y yo puede ser buscado por los Acusados por haber contado lo que vi durante la redada en septiembre. Por este mismo miedo, yo he firmado este testimonio con mi inicial para indicar mi nombre. No me sentiría cómodo participar en firmar este testimonio sin garantía que los Acusados no me hacen blanco.

3

10. Yo juro bajo pena de perjurio que lo establecido es verdad y correcto en lo mejor de mi memoria.

Firmado este 24 día de abril del año 2007

___X_____

D.

## Translator's Affidavit

I certify that I am fluent in Spanish and English. I certify that I have reviewed the Spanish and English versions of the attached document, and that the English is a true and accurate translation of the Spanish.

_____
Translator: Gabriela Maxcy

The foregoing instrument was acknowledged before me this _____ day of _November 12_, 20 _12_ by _Gabriela Maxcy_.

_____
Notary Public

My Commission Expires: _September 10, 2012_.